UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CIENA CAPITAL FUNDING LLC                    CIVIL ACTION

VERSUS                                        NO: 08-4056

2330 CANAL PLACE I, LLC ET AL                SECTION: "J"(3)

## ORDER

Local Rule 7.5E of the Eastern District of Louisiana
requires that memoranda in opposition to a motion be filed **and** a
copy be delivered to chambers eight days prior to the date set
for hearing of the motion.  No memorandum in opposition to Ciena
Capital Funding LLC ("Ciena"), as serving agent for, and CML Loan
Fund II LLC's ("CML") **Motion to Establish Amount of Attorneys'
Fees and Costs and Expenses (Rec. Doc. 72)**, set for hearing on
June 10, 2009, was submitted timely.  Accordingly, this motion is
deemed to be unopposed, and, further, it appearing to the Court
that the motion has merit,

**IT IS ORDERED** that CML and Ciena's **Motion to Establish
Amount of Attorneys' Fees and Costs and Expenses (Rec. Doc. 72)**
is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant 2330 Canal Place I, LLC
shall pay $76,187.42 to CML in compensation for attorneys' fees

and costs that CML incurred in bringing the present action, in addition to those awarded in the consent judgment entered on April 28, 2009 (Rec. Doc. 68).

**IT IS FURTHER ORDERED** that Defendant 2330 Canal Place I, LLC shall pay $207,501.48 to CML and Ciena as reimbursement for all of the net expenses of Ciena as Keeper in this matter incurred in the course of its administration of the Mortgaged Property, to the extent that such costs have not been satisfied out of revenues received by Ciena as Keeper through May 12, 2009.

**IT IS FURTHER ORDERED** that this Order shall not prejudice CML and Ciena's rights to seek additional amounts to compensate them for attorneys' fees and all costs and expenses of Ciena as the Keeper in the course of its administration of the Mortgaged Property, to the extent such costs are not satisfied out of revenues received by Ciena as Keeper through the date on which the Mortgaged Property is sold at Marshall's sale, or CML and/or Ciena otherwise obtain title to the Mortgaged Property.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the

party moving for reconsideration.  <u>See</u> Fed. R. Civ. P. 16.

New Orleans, Louisiana, this 10th day of June, 2009.


CARL J. BARBIER
UNITED STATES DISTRICT JUDGE